GEORGIA RAILROAD AND BANKING COMPANY *v.* SAWYER.

COBB, J: The evidence in the present case demanded a finding that the husband of the plaintiff, by the exercise of ordinary care, could have avoided the consequences of the defendant's negligence ; and therefore a recovery in her favor on account of his homicide was contrary to the evidence, and a refusal to grant a new trial on this ground was error.

*Judgment reversed.    All the Justices concurring.*

Argued November 8, — Decided November 29, 1900.

Action for damages. Before Judge Evans. Morgan superior court. September term, 1899.

*Joseph B. & Bryan Cumming* and *Foster & Butler,* for plaintiff in error. *Q. L. Williford* and *George & George,* contra.